**FILED**

AUG 24 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:18-CR-00043(1)-DAE |
| | § | |
| (1) Richard Nikolai Gratkowski | § | |

## GOVERNMENT EXHIBITS, Page 1 of 1
## Motion to Suppress (dkt no . 28, 29 & 36)

| Exhibit | Description | Date Admitted |
|---|---|---|
| G1 | Certified copy of the search warrant | 08/24/2018 |
| G2 | Advice of Rights | 08/24/2018 |
| G3 | Consent to Interview with Polygraph | 08/24/2018 |
| G4 | Statement | 08/24/2018 |