```
                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION

UNITED STATES OF AMERICA,       :
Plaintiff,                      :
                                :
vs.                             : No. SA:18-CR-043-DAE-1
                                : San Antonio, Texas
Richard Nikolai Gratkowski(1),  : December 19, 2018
Defendant.                      :
*********************************************************

                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE DAVID A. EZRA
               SENIOR UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE PLAINTIFF:
  Tracy Thompson, Esquire
  United States Attorney's Office
  601 N.W. Loop 410, Suite 600
  San Antonio, Texas  78216
  (210)384-7150; tracy.thompson@usdoj.gov


FOR THE DEFENDANT:
  Marina Thais Douenat, Esquire
  Federal Public Defender
  727 E. Cesar E. Chavez Boulevard, Suite B-207
  San Antonio, Texas  78206
  (210)472-6700; marina_douenat@fd.org




COURT REPORTER:
Angela M. Hailey, CSR, CRR, RPR, RMR
Official Court Reporter, U.S.D.C.
655 East Cesar E. Chavez Blvd., Third Floor
San Antonio, Texas  78206
Phone(210)244-5048
angela_hailey@txwd.uscourts.gov

Proceedings reported by stenotype, transcript produced by
computer-aided transcription.
```

```
 1    (Wednesday, December 19, 2018, 10:22 a.m.)
 2                         *   *   *
 3            COURT SECURITY OFFICER:  All rise.
 4            THE COURT:  Please be seated.  Counsel want to make
 5    their appearances please.
 6            MS. THOMPSON:  Tracy Thompson appearing on behalf of
 7    the United States.  Your Honor, we're ready to proceed.
 8            MS. DOUENAT:  Your Honor, Marina Douenat on behalf of
 9    Mr. Gratkowski and we're ready to proceed as well.
10            THE COURT:  The Court understands that the parties
11    have reached a conditional plea agreement pursuant to Rule
12    11c(1)(a)(b) of the Federal Rules of Criminal Procedure, am I
13    right?
14            MS. THOMPSON:  That's correct, Your Honor.
15            MS. DOUENAT:  Yes, Your Honor.
16            THE COURT:  And generally as we -- without getting
17    into too much detail, it's my understanding that the defendant
18    intends to conditionally plead guilty to the charges, reserving
19    the right to appeal the portions of this Court's motion to
20    suppress order which do not favor his position.
21            MS. DOUENAT:  Correct, Your Honor.
22            THE COURT:  And the government agrees with that?
23            MS. THOMPSON:  Yes, Your Honor.
24            THE COURT:  All right.  So due to my voice today, I'm
25    going to be referring this matter to Judge Bemporad and my
```

1   understanding is that Judge Bemporad is ready to take his plea
2   unless there is some objection to that.
3           MS. DOUENAT:  None, Your Honor.
4           MS. THOMPSON:  None from the government.
5           THE COURT:  And you agree with all of this,
6   Mr. Gratkowski?
7           THE DEFENDANT:  Yes, Your Honor.
8           THE COURT:  Has anybody threatened you, coerced you or
9   intimidated you in any way, shape or form to plead guilty,
10  giving up your right to a jury trial in this case?
11          THE DEFENDANT:  No, Your Honor.
12          THE COURT:  Has anything I have said or done
13  encouraged you in any way, shape or form to plead guilty?
14          THE DEFENDANT:  No, Your Honor.
15          THE COURT:  Okay.  You can be seated.  All right, so
16  we will stand in recess in this matter.  In anticipation of his
17  guilty plea, can we have a sentencing date?
18          COURTROOM DEPUTY CLERK:  March 25th, 2019.
19          THE COURT:  March 25th of 2019.
20          COURTROOM DEPUTY CLERK:  At 9:00 a.m.
21          THE COURT:  At 9:00 a.m.  If we run into a problem,
22  we'll move it.
23          MS. DOUENAT:  Week before my Ironman.  That's good.
24  April 7th is my --
25          THE COURT:  Which Ironman?

1  MS. DOUENAT:  It's Galveston.  I'm doing Arizona in
2  November.  The full Ironman is in November, my half Ironman is
3  in April.
4  THE COURT:  I would ask the marshals to take the
5  defendant up to Judge Bemporad's.  And I thank you all very
6  much and the Court will see you back in March in this case.
7  MS. THOMPSON:  Thank you, Your Honor.
8  MS. DOUENAT:  Thank you, Your Honor.
9  COURT SECURITY OFFICER:  All rise.
10  *  *  *
11  *(10:26 a.m.)*

```
                         *   *   *   *   *

 1   UNITED STATES DISTRICT COURT
 2   WESTERN DISTRICT OF TEXAS
 3
 4       I certify that the foregoing is a correct transcript from
 5   the record of proceedings in the above-entitled matter.  I
 6   further certify that the transcript fees and format comply with
 7   those prescribed by the Court and the Judicial Conference of
 8   the United States.
 9
10   Date signed:  June 28, 2019
11
12   /s/ Angela M. Hailey
13   _____
14   Angela M. Hailey, CSR, CRR, RPR, RMR
     Official Court Reporter
15   655 East Cesar E. Chavez Blvd., Third Floor
     San Antonio, Texas   78206
16   (210)244-5048
```